CHAMPION PAPER CO., Appellant, v. SQUIER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 29, 1905.) Action by the Champion Paper Company against Frank Squier and

others. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs.